## CLAUD GOODPASTURE v. STATE.

No. A-2479    Opinion Filed January 13, 1919.

(177 Pac. 124.)

**KEEPING PLACE FOR SALE OF INTOXICATING LIQUORS.** Syllubus the same as No. A-2327.    Opinion Filed January 13. 1919. 338, 176 Pac. 771.

*Appeal from District Court, Payne County;*
*A. H. Huston, Judge.*

Claud Goodpasture was convicted of keeping a place for the purpose of selling intoxicating liquors, and he appeals.    Reversed.

*Weldon & Mitchell,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

GALBRAITH, Special Judge.    Plaintiff in error was charged, convicted, and sentenced to be confined in the penitentiary for one year and to pay a fine of $50 under section 4, c. 26, Session Laws 1913.

This case involves the same issues as the case of *Proctor v. State, ante,* p. 338, 176 Pac. 771, decided this term, and is controlled thereby.    For the reasons set out in that opinion, the judgment appealed from is reversed.

DOYLE, P. J., and ARMSTRONG, J., concur.